UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JUSTIN GRAUER,                              :

              Petitioner,         :   **ORDER**

      -against-                              :   07 Civ. 9274 (JSR)(FM)
                                                               S1 06 Cr. 150-06 (JSR)(FM)

UNITED STATES OF AMERICA,         :

              Respondent.       :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Upon the application of Raymond S. Sussman, attorney for Justin Grauer, and without objection by the office of the United States Attorney, it is hereby ORDERED that the petitioner's pro se motion under 28 U.S.C. § 2255, filed on October 16, 2007, and the supplemental petition submitted by the petitioner's counsel, Raymond S. Sussman, filed on November 27, 2007, shall be placed under seal. Any response by the United States Attorney shall be filed under seal. Notwithstanding this order, counsel obviously may retain copies of each other's papers and refer to them in their sealed filings.

       SO ORDERED.

Dated:     New York, New York
              December 26, 2007

                                                                     FRANK MAAS
                                          United States Magistrate Judge

Copies to:

Honorable Jed S. Rakoff
United States District Judge

Raymond S. Sussman
Fax: (347) 438-3338

Natalie Lamarque, Esq.
Assistant United States Attorney
Fax: (212) 637-2527