UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08
```

JUSTIN GRAUER,                          :

                  Petitioner,         :        **ORDER**

        -against-                       :        07 Civ. 9274 (JSR)(FM)
                                  06 Cr. 150-06 (JSR)(FM)

UNITED STATES OF AMERICA,               :

                Respondent.        :

------------------------------------------------------- x

**FRANK MAAS**, United States Magistrate Judge.

        It is hereby ORDERED that a conference in this matter shall be held on

April 9, 2008, at 3:30 p.m. in Courtroom 20A.  Counsel for the respondent shall arrange

for the petitioner's appearance.

        SO ORDERED.

Dated:    New York, New York
          April 1, 2008

                                  FRANK MAAS
                       United States Magistrate Judge

Copies to:

Honorable Jed S. Rakoff
United States District Judge

Raymond S. Sussman
Fax: (347) 438-3338

Natalie Lamarque, Esq.
Assistant United States Attorney
Fax: (212) 637-2527